

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00243-CR

JUSLET JOSEPH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Potter County, Texas
Trial Court No. 71,461-B, Honorable John B. Board, Presiding

July 16, 2018

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Juslet Joseph, was convicted of assault on a family or household member. He was sentenced to six years' imprisonment on February 13, 2017. On May 9, 2018, the Court of Criminal Appeals granted appellant an out-of-time appeal and issued mandate on June 7, 2018. Their opinion directed the trial court to determine, within ten days, whether appellant is indigent and, if so, to appoint him an attorney should he desire appellate counsel. The trial court has not made an indigency determination to date. On June 18, 2018, appellant filed a notice of appeal, *pro se*.

We, therefore, abate this appeal and remand the cause to the trial court to determine whether appellant is indigent and whether he desires appellate counsel. The trial court is directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a clerk's record and cause that record to be filed with this court by August 13, 2018. If it is determined that appellant is indigent and desires appellate counsel, the trial court shall appoint him counsel; the name, address, email address, and phone number of appointed counsel shall be included in the aforementioned findings. Should further time be needed to perform these tasks, then same must be requested before August 13, 2018.

It is so ordered.

Per Curiam

Do not publish.